# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-51730-PMB |
| GREGGORY ROBERT NORTH, and MELANIE ANN NORTH, | CHAPTER 13 |
| Debtors. | |
| GREGGORY ROBERT NORTH, and MELANIE ANN NORTH, | |
| Movants, | CONTESTED MATTER |
| v. | |
| Internal Revenue Service (Claim No. 8), | |
| Respondent. | |

## OBJECTION TO PROOF OF CLAIM

**COME NOW** Debtors, and through counsel file this *Objection to Proof of Claim*, showing to this Honorable Court the following:

1.

Respondent filed a proof of claim (the "Claim") in the above-styled case in the amount of $74,121.11. The Claim is entered as claim number 8 on the Claims Register.

2.

Debtors object to the Claim on the basis that the Claim contains unassessed taxes for the tax years 2015 and 2018. Debtor filed returns reflect they actually owe 2,821.00 for 2015 and received a refund for 2018. Debtors therefore request that the Claim be disallowed in its entirety until amended to reflect actual tax liability after assessment of the filed tax returns.

**WHEREFORE**, Debtors pray:

(a) That this *Objection to Proof of Claim* be filed, read, and considered;

(b) That this Honorable Court sustain this *Objection to Proof of Claim*; and,

  (c)  That this Honorable Court grant such other and further relief as it may deem just and proper.

              Respectfully submitted,
              */s/*        
              Brian M. Shockley, GA Bar No. 643752
              Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-51730-PMB |
| GREGGORY ROBERT NORTH, and MELANIE ANN NORTH, | CHAPTER 13 |
| Debtors. | |
| GREGGORY ROBERT NORTH, and MELANIE ANN NORTH, | |
| Movant, | CONTESTED MATTER |
| v. | |
| Internal Revenue Service (Claim No. 8), | |
| Respondent. | |

**NOTICE OF REQUIREMENT OF RESPONSE**
**TO OBJECTION TO PROOF OF CLAIM OF INTERNAL REVENUE SERVICE OF**
**DEADLINE FOR FILING RESPONSE; AND OF HEARING**

**PLEASE TAKE NOTICE** that Debtor filed an Objection, seeking to disallow in its entirety until amended to reflect actual tax liability after assessment of the filed tax returns.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before October 23, 2019 or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

**United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in Courtroom 1202 of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, at 10:00am, on November 7, 2019.

You or your attorney must attend the hearing and advocate your position.

Respectfully submitted,
*/s/*
Brian M. Shockley, GA Bar No. 643752
Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Objection to Proof of Claim* and *Notice of Hearing on Objection to Proof of Claim* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Greggory North
Melanie North
108 Madison Street
Holly Springs, GA 30115

The Internal Revenue Service
Centralized Insolvency Operation
P.O.Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

The Internal Revenue Service
Robin Harris, Bankruptcy Specialist
Insolvency Unit
401 W Peachtree ST, NW
Stop 334-D
Atlanta, GA 30308-3539

The Internal Revenue Service
P.O.Box 21126
Philadelphia, PA 19114

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

Byung J Pak, United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303 - 3309

William Barr, United States Attorney
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

      I further certify that, by agreement of the parties, the Standing Chapter 13 Trustee, Melissa J. Davey, was served via the CM/ECF electronic mail/noticing system.

**Dated:** 09/24/2019

Respectfully submitted,
*/s/*
Brian M. Shockley, GA Bar No. 643752
Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com